AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:21-mj-00012 | 3/16/2021 2:53 PM | MICROSOFT LAW ENFORCEMENT SERVICES |

Inventory made in the presence of: MICROSOFT ELECTRONIC SERVICES

Inventory of the property taken and name(s) of any person(s) seized:

3 ZIP FILES OF DIGITAL RECORDS OF KEITH HELMRIC

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/12/2021

_____
Executing officer's signature

WILLIAM D RILEY SA
Printed name and title

Received by reliable electronic means in chambers on April 12, 2021.


USMJ